IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA SLEDGE, JOAN SLEDGE, KATHY SELDGE LIGHTFOOT, KIM SLEDGE ALLEN, jointly d/b/a "SISTER SLEDGE," and RONEE BLAKLEY, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.,<br><br>Defendant.<br>_____/<br><br>AND RELATED CASES<br>_____/ | No. C 12-0559 RS<br>No. C 12-0870 RS<br>No. C 12-1531 RS<br>No. C 12-1611 RS<br>No. C 12-1790 RS<br><br><br><br>**ADMINISTRATIVE ORDER SETTING HEARING SCHEDULE AND VACATING MISCELLANEOUS DEADLINES** |

The parties in the above-captioned related actions have filed the following outstanding motions:

- Motion to Dismiss and Motion to Appoint Lead Counsel in *Sledge, et al. v. Warner Music Group Corp.*, No. C 12-0559 RS, scheduled for a hearing on May 10 and May 17, 2012, respectively.

- Motion to Consolidate and Motion to Shorten Time in *Castillo, et al. v. Warner Music Group Corp.*, No C 12-1531 RS, not yet noticed for a hearing.

Under Federal Rule of Civil Procedure 12(a), defendant Warner Music Group Corporation will be required to serve responsive pleadings in the related actions to which it has not yet responded, and according to plaintiffs in the *Castillo* action, Warner has indicated its intention to move to dismiss

each of the complaints. Rather than proceed with separate and potentially duplicative motion practice in each action, these matters may be most efficiently and economically adjudicated in the following fashion: the Motions to Consolidate and to Appoint Lead Counsel in these five related actions shall be heard on May 24, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco. A joint Case Management Conference for all five related actions shall be held also at 1:30 p.m. This order therefore continues the Case Management Conferences and the hearing on the Motion to Appoint Lead Counsel, originally scheduled for May 17 – without altering the time for briefing on that motion. Any further briefing on the Motion to Consolidate shall be filed consistent with Civil Local Rule 7-3, and as though the motion was originally noticed and filed on the date of this Order.

Further, litigation of Warner's Motion to Dismiss in *Sledge* is hereby stayed, and the hearing on that pleading, originally set for May 10, is hereby vacated, pending resolution of the Motions to Consolidate and to Appoint Lead Counsel. Finally, Warner is relieved of its obligation under Rule 12 to serve timely and responsive pleadings to the complaints in each of the remaining related cases to which it has not yet responded, until the Motions to Consolidate and to Appoint Lead Counsel are resolved and a further scheduling Order issues.

IT IS SO ORDERED.

Dated: 4/20/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE