MUNGER, TOLLES & OLSON LLP
GLENN POMERANTZ (SBN 112503)
TAMERLIN GODLEY (SBN 194507)
MELINDA E. LEMOINE (SBN 235670)
ANJAN CHOUDHURY (SBN 236039)
Glenn.Pomerantz@mto.com
Tamerlin.Godley@mto.com
Melinda.LeMoine@mto.com
Anjan.Choudhury@mto.com
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant
WARNER MUSIC GROUP CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA SLEDGE, JOAN SLEDGE, KATHY SLEDGE LIGHTFOOT and KIM SLEDGE ALLEN, jointly d/b/a "SISTER SLEDGE"; RONEE BLAKLEY; and GARY WRIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.,<br><br>Defendant. | CASE NO.  12-CV-0559-RS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**<br> AS MODIFIED BY THE COURT<br>Judge:    Hon. Richard Seeborg |

1    Plaintiffs in the above captioned consolidated action and Defendant Warner Music Group
2 Corp. ("WMG") together submit the following joint stipulation in regard to the following facts:
3    WHEREAS, on August 21, 2012, Plaintiffs filed a Consolidated Amended Complaint (the
4 "Amended Complaint");
5    WHEREAS, WMG's response to the Amended Complaint is currently due September 28,
6 2012;
7    WHEREAS, the parties are all desirous of participating in meaningful settlement
8 discussions before any of the parties expend significant attorneys' fees in motion practice and
9 discovery;
10    WHEREAS, in light of this joint goal, the parties have met and conferred and agreed that
11 it is in the best interest of the parties and the Court to stay all current deadlines and dates in the
12 litigation for a set period of time sufficient to allow the parties to participate in such settlement
13 negotiations;
14    WHEREAS, the parties anticipate that there will likely need to be certain communications
15 prior to any formal mediation session and that settlement could take multiple mediation sessions
16 to reach agreement if any agreement can be reached;
17    WHEREAS, the parties also anticipate that it may take some time to schedule a mediation
18 session with a mediator given the current schedules of possible mediators; and
19    WHEREAS, for these reasons, the parties anticipate that this process may take upward of
20 six months.
21    Accordingly, the parties hereby agree and stipulate, subject to the approval of the Court, to
22 the following:

A Further Case Management Conference will be set for March 14, 2013 at 10:00 a.m.

23    1. ~~All dates and deadlines currently on calendar are taken off calendar~~;
24    2. The parties shall have until February 28, 2013 to participate in meaningful
25       mediation of this dispute; and
26    3. On February 28, 2013—or before that date if Plaintiffs and/or WMG believe that
27       settlement cannot be reached at this juncture—a party or the parties shall file a
28       statement/stipulation with the Court alerting the Court to the fact that settlement

18476266.1     - 2 -     JOINT STIPULATION & [~~PROPOSED~~] ORDER
CASE NO. 12-CV-0559-RS

could not be reached and recommending a schedule for WMG's response to the Amended Complaint (which deadline for WMG's response shall be no sooner than 30 days from the date of the statement) and subsequent dates and deadlines. In the alternative, if the parties agree that further settlement discussions would be fruitful, the parties can instead file a joint statement/stipulation seeking additional time for further settlement negotiations.

Dated: August 31, 2012          Respectfully Submitted,

                                 */s/  Tamerlin J. Godley*

                                 Tamerlin J. Godley
                                 MUNGER, TOLLES & OLSON LLP
                                 *Attorneys for Defendant Warner Music Group Corp.*

Dated: August 31, 2012          Respectfully Submitted,

                                 */s/ Daniel L. Warshaw*
                                 Daniel L. Warshaw
                                 PEARSON, SIMON, WARSHAW & PENNY LLP

                                 *Interim Lead Counsel Representative for Plaintiffs**

* A complete list of the attorneys for Plaintiffs is attached to the Amended Complaint.

Filer's Attestation

I, Tamerlin J. Godley, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] SCHEDULING ORDER. In compliance with General Order 45.X.B., I hereby attest that the counsel listed above concur in this filing.

Dated: August 31, 2012          */s/  Tamerlin J. Godley*
                                 Tamerlin J. Godley

1  PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: 8/31/12

_____
Honorable Ricahrd Seeborg
U.S. District Judge

18476266.1

- 4 -

JOINT STIPULATION & [PROPOSED]
ORDER
CASE NO. 12-CV-0559-RS