1  MUNGER, TOLLES & OLSON LLP
   GLENN POMERANTZ (SBN 112503)
2  TAMERLIN GODLEY (SBN 194507)
   MELINDA E. LEMOINE (SBN 235670)
3  ANJAN CHOUDHURY (SBN 236039)
   Glenn.Pomerantz@mto.com
4  Tamerlin.Godley@mto.com
   Melinda.LeMoine@mto.com
5  Anjan.Choudhury@mto.com
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
7  Telephone:     (213) 683-9100
   Facsimile:      (213) 687-3702
8
   Attorneys for Defendant
9  WARNER MUSIC GROUP CORP.

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

| | |
|---|---|
| DEBRA SLEDGE, JOAN SLEDGE, KATHY SLEDGE LIGHTFOOT and KIM SLEDGE ALLEN, jointly d/b/a "SISTER SLEDGE"; RONEE BLAKLEY; and GARY WRIGHT, on behalf of themselves and all others similarly situated, <br><br>Plaintiffs,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.,<br><br>Defendant. | CASE NO.  12-CV-0559-RS<br><br>**JOINT STATEMENT/STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Judge:      Hon. Richard Seeborg |

20203010.1

JOINT STIPULATION
AND [PROPOSED] ORDER
CASE NO. 12-CV-0559-RS

1  Plaintiffs in the above captioned consolidated action and Defendant Warner Music Group
2  Corp. ("WMG") together submit this joint statement/stipulation.
3  On August 31, 2012, this Court granted a stay of the proceedings to allow the parties to
4  participate in settlement discussions and set a further status conference on March 14, 2013.  The
5  Court instructed the parties to inform the Court as to the status of those settlement discussions on
6  February 28, 2013.  The Court's order provided that if, at the time of the filing of the joint
7  statement, "the parties agree that further settlement discussions would be fruitful" they could "file
8  a joint statement/stipulation seeking additional time for further settlement negotiations."  Stay
9  Order at 3.
10  Over the course of the last six months, the parties have diligently participated in
11  settlement discussions.  The parties have exchanged information and analysis to facilitate those
12  negotiations.  They have participated in two full day mediation sessions with the Honorable
13  Daniel Weinstein (Ret.) and held additional phone conferences with and without the mediator.
14  Further, the parties are currently scheduled for an in-person settlement meeting on March 6, 2013.
15  While the parties have not reached a settlement at this juncture, the negotiations are constructive
16  and progress has been made.  All parties are committed to continuing the settlement discussions
17  at this time.
18  For these reasons, the parties jointly file this statement/stipulation to inform the court that
19  they believe further settlement discussions would be fruitful and to seek additional time for
20  continued negotiations.
21  Accordingly, the parties hereby agree and stipulate, subject to the approval of the Court, to
22  the following:
23     1. A further Case Management Conference to be set in 60 days, subject to the
24        schedule of the Court; ~~and~~  May 2, 2013 at 10:00 a.m.
25     2. Fourteen days before the Case Management Conference—or before that date if
26        Plaintiffs and/or WMG believe that settlement cannot be reached—the parties shall
27        file a joint statement/stipulation with the Court alerting the Court to the fact that
28        settlement could not be reached and resetting a schedule for WMG's response to

20203010.1                                 - 2 -                              JOINT STIPULATION
                                                                               AND [~~PROPOSED~~] ORDER
                                                                               CASE NO. 12-CV-0559-RS

|   |   |
|---|---|
| 1 | the Amended Complaint (which deadline for WMG's response shall be no sooner |
| 2 | than 30 days from the date of the joint statement) and subsequent dates and |
| 3 | deadlines.  In the alternative, if the parties agree that further settlement discussions |
| 4 | would be fruitful, the parties can instead file a joint statement/stipulation seeking |
| 5 | additional time for further settlement negotiations. |

Dated:  February 28, 2013                Respectfully Submitted,


By:  /s/  Tamerlin J. Godley
    Tamerlin J. Godley
    MUNGER, TOLLES & OLSON LLP

*Attorneys for Defendant*
*Warner Music Group Corp.*

Dated:  February 28, 2013                Respectfully Submitted,


By:  /s/ Daniel L. Warshaw
    Daniel L. Warshaw
    PEARSON, SIMON, WARSHAW
    & PENNY LLP

*Interim Lead Counsel Representative for Plaintiffs**

\* A complete list of the attorneys for Plaintiffs is attached to the Amended Complaint.

Filer's Attestation

    I, Tamerlin J. Godley, am the ECF user whose identification and password are being used to file this JOINT STATEMENT/STIPULATION AND [PROPOSED] SCHEDULING ORDER. I hereby attest that the counsel listed above concur in this filing.

Dated:  February 28, 2013                /s/  Tamerlin J. Godley
    Tamerlin J. Godley

1  PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: 2/28/13

_____
Honorable Richard Seeborg
U.S. District Judge