1   MUNGER, TOLLES & OLSON LLP
    GLENN POMERANTZ (SBN 112503)
2   TAMERLIN GODLEY (SBN 194507)
    MELINDA E. LEMOINE (SBN 235670)
3   ANJAN CHOUDHURY (SBN 236039)
    Glenn.Pomerantz@mto.com
4   Tamerlin.Godley@mto.com
    Melinda.LeMoine@mto.com
5   Anjan.Choudhury@mto.com
    355 South Grand Avenue
6   Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
7   Telephone:     (213) 683-9100
    Facsimile:      (213) 687-3702
8
    Attorneys for Defendant
9   WARNER MUSIC GROUP CORP.

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
    DEBRA SLEDGE, JOAN SLEDGE,            CASE NO.  12-CV-0559-RS
15  KATHY SLEDGE LIGHTFOOT and KIM
    SLEDGE ALLEN, jointly d/b/a "SISTER   **JOINT STATEMENT/STIPULATION AND
16  SLEDGE"; RONEE BLAKLEY; and           [~~PROPOSED~~] SCHEDULING ORDER**
    GARY WRIGHT, on behalf  of themselves
17  and all others similarly situated,    Judge:      Hon. Richard Seeborg

18                 Plaintiffs,

19  v.

20  WARNER MUSIC GROUP CORP.,

21                 Defendant.

22

23

24

25

26

27

28

1    Plaintiffs in the above captioned consolidated action and Defendant Warner Music Group
2    Corp. ("WMG") together submit this joint statement/stipulation.
3        On August 31, 2012, this Court granted a stay of the proceedings to allow the parties to
4    participate in settlement discussions and set a further status conference on March 14, 2013.  Over
5    the course of those six months, the parties diligently participated in settlement negotiations.  They
6    exchanged information and analysis to facilitate the negotiations.  They participated in two full
7    day mediation sessions with the Honorable Daniel Weinstein (Ret.), and they held additional
8    phone conferences with and without the mediator.
9        On February 28, 2013, pursuant to the Court's stay order, the parties made a joint filing
10   with the Court reporting on the status of the negotiations and requesting that the case remained
11   stayed because of the ongoing talks.  The Court extended the stay, setting a Case Management
12   Conference for May 2, 2013 and asking the parties to make a joint filing regarding the status of
13   the negotiations on April 18, 2013.  The Court's order, like the first, provided that if, at the time
14   of the filing of the joint statement the parties agreed that further settlement discussions would be
15   fruitful, they could seek additional time for further negotiations.  Stay Order at 3.
16       The parties have continued to diligently pursue settlement negotiations over the last two
17   months.  In particular, the parties participated in an in-person settlement meeting on March 6,
18   2013.  Thereafter, the parties continued their discussions by phone and email, which discussions
19   are ongoing.  While the parties have not reached a settlement at this juncture, the negotiations are
20   constructive and progress has been made.  All parties are committed to continuing the settlement
21   discussions at this time.
22       For these reasons, the parties jointly file this statement/stipulation to inform the Court that
23   they believe further settlement discussions would be fruitful and to seek additional time for
24   continued negotiations.  Specifically, the parties hereby agree and stipulate, subject to the
25   approval of the Court, to the following:
26       1.  A further Case Management Conference to ~~be set in 60 days, subject to the~~
27       ~~schedule of the Court; and~~   shall be scheduled for 6/27/13 at 10:00 a.m.
28       2.  Fourteen days before the Case Management Conference—or before that date if

JOINT STIPULATION
AND [PROPOSED] ORDER
CASE NO. 12-CV-0559-RS

1    Plaintiffs and/or WMG believe that settlement cannot be reached—the parties shall

2    file a joint statement/stipulation with the Court alerting the Court to the fact that

3    settlement could not be reached and resetting a schedule for WMG's response to

4    the Amended Complaint (which deadline for WMG's response shall be no sooner

5    than 30 days from the date of the joint statement) and subsequent dates and

6    deadlines.  In the alternative, if the parties agree that further settlement discussions

7    would be fruitful, the parties can instead file a joint statement/stipulation seeking

8    additional time for further settlement negotiations.

9

10   Dated:  April 18, 2013                          Respectfully Submitted,

11

12                                                   By:    /s/  Tamerlin J. Godley
                                                            Tamerlin J. Godley
13                                                          MUNGER, TOLLES & OLSON LLP

14                                                   *Attorneys for Defendant*
                                                     *Warner Music Group Corp.*
15
     Dated:  April 18, 2013                          Respectfully Submitted,
16

17

18                                                   By:    /s/ Daniel L. Warshaw
                                                            Daniel L. Warshaw
19                                                          PEARSON, SIMON & WARSHAW, LLP

20                                                   *Interim Lead Counsel Representative for Plaintiffs**

21

22

23

24   * A complete list of the attorneys for Plaintiffs is attached to the Amended Complaint.

25

26

27

28

20596539.1                                  - 3 -                    JOINT STIPULATION
                                                                     AND [PROPOSED] ORDER
                                                                     CASE NO. 12-CV-0559-RS

1

<u>Filer's Attestation</u>

2

     I, Tamerlin J. Godley, am the ECF user whose identification and password are being used

3

to file this JOINT STATEMENT/STIPULATION AND [PROPOSED] SCHEDULING ORDER.

4

I hereby attest that the counsel listed above concur in this filing.

5

6

Dated:  April 18, 2013                     <u>   /s/  Tamerlin J. Godley            </u>

                                             Tamerlin J. Godley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

2

3

Dated: __4/18/13_____    _____

4                                    Honorable Richard Seeborg

5                                    U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION
AND [PROPOSED] ORDER
CASE NO. 12-CV-0559-RS