United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA SLEDGE, JOAN SLEDGE, KATHY SELDGE LIGHTFOOT, KIM SLEDGE ALLEN, jointly d/b/a "SISTER SLEDGE"; RONEE BLAKELEY; and GARY WRIGHT, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WARNER MUSIC GROUP CORP.,<br><br>　　　　　Defendant.<br>_____/ | No. C 12-0559 RS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW** |

In this putative class action, interim co-lead class counsel move to withdraw as counsel for plaintiffs Debra Sledge, Joan Sledge, and Kim Sledge Allen. No party opposes the motion. Good cause existing for counsel's withdrawal, the unopposed motion to withdraw is hereby GRANTED.

IT IS SO ORDERED.

Dated: 12/19/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE