Bruce L. Simon (Bar No. 96241)
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
Email: bsimon@pswlaw.com

Attorneys for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SLEDGE, JOAN SLEDGE, KATHY SLEDGE LIGHTFOOT, and KIM SLEDGE ALLEN, jointly d/b/a "SISTER SLEDGE"; RONEE BLAKLEY; and GARY WRIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP.,<br><br>Defendant. | CASE NO. CV 12-0559-RS<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION**<br><br>Judge: Hon. Richard Seeborg |

1  Plaintiffs and Defendant hereby enter the following Joint Stipulation and [Proposed] Order to Amend Case Caption:

WHEREAS, Plaintiffs filed their Unopposed Motion for Leave to Withdraw as Counsel for Plaintiffs Debra Sledge, Joan Sledge, and Kim Sledge Allen on December 5, 2013 with a noticed hearing date of January 9, 2014 (Dkt. 82) ("Motion to Withdraw");

WHEREAS, the parties stipulated, subject to Court Order, to shorten the time on the hearing for Plaintiffs' Motion to Withdraw to December 12, 2013, at 10:00 a.m., the same time as an already-scheduled Case Management Conference in this matter (Dkt. 83);

WHEREAS, the parties believe that for ease of reference and efficiency, the caption in this matter should be amended to remove all Plaintiffs' names;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that the caption in this case shall read "*IN RE: WARNER MUSIC GROUP CORP. DIGITAL DOWNLOADS LITIGATION*."

**IT IS SO STIPULATED.**

DATED: December 5, 2013           Respectfully Submitted,

By:      */s/ Daniel L. Warshaw*
Daniel L. Warshaw
**PEARSON, SIMON & WARSHAW, LLP**

*Interim Lead Counsel Representative for Plaintiffs*

DATED: December 5, 2013           Respectfully Submitted,

By:      */s/ Tamerlin J. Godley*
Tamerlin J. Godley
**MUNGER, TOLLES & OLSON LLP**

*Attorneys for Defendant Warner Music Group Corp.*

<u>Filer's Attestation</u>

I, Daniel L. Warshaw, am the ECF user whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION. I hereby attest that the counsel listed above concur in this filing.

DATED:  December 5, 2013            */s/ Daniel L. Warshaw*
                                    Daniel L. Warshaw

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  12/19/13            _____
                            Honorable Richard Seeborg
                            United States District Court Judge