1  Bruce L. Simon (Bar No. 96241)
   **PEARSON, SIMON & WARSHAW, LLP**
2  44 Montgomery Street, Suite 2450
   San Francisco, California 94104
3  Telephone: (415) 433-9000
   Facsimile:  (415) 433-9008
4  Email: bsimon@pswlaw.com

5  Attorneys for Plaintiffs and the Class

6  [Additional counsel appear on signature pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: WARNER MUSIC GROUP CORP. DIGITAL DOWNLOADS LITIGATION | CASE NO. CV 12-0559-RS<br><br>**LOCAL RULE 6-2 JOINT STIPULATION TO SHORTEN TIME FOR HEARING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:  Hon. Richard Seeborg |
|---|---|

857637.1

CV 12-0559-RS
LOCAL RULE 6-2 JOINT STIPULATION TO SHORTEN TIME FOR HEARING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

1  Pursuant to Local Rule 6-2, Plaintiffs Kathy Sledge Lightfoot, Gary Wright and Ronee Blakley in the above captioned consolidated action and Defendant Warner Music Group Corp. ("WMG") (collectively referred to as "the Parties") together submit the following joint stipulation in regard to the following facts:

WHEREAS, the Parties have been negotiating a settlement of this putative class action for many months;

WHEREAS, the details of the settlement of any class action are detailed and take extensive negotiations, particularly where, as here, the settlement contemplated involves both payment for past relief and increased royalty rates in the future;

WHEREAS, the Parties have now agreed to a proposed settlement of the matter, subject to the approval of the Court, and Plaintiffs have concurrently filed with this stipulation a Notice of Motion and Motion For Preliminary Approval of Class Action Settlement (the "Motion");

WHEREAS, the currently scheduled hearing date for the Motion is February 6, 2014;

WHEREAS, the Parties agreed to provide notice to potential class members of the settlement, if it is preliminarily approved, with their individually mailed royalty statements;

WHEREAS, the next mailing of WMG's royalty statements is for the period ending December 31, 2013, which mailing should begin on or around February 15, 2014;

WHEREAS, the Parties endeavored to complete their negotiations in time to allow 35 days between the filing of the Motion and the hearing on the Motion as required by the Local Rules and still allow for notice to be mailed with the potential class members' upcoming royalty statements;

WHEREAS, because of the many issues that needed to be negotiated and agreed upon the Parties were unable to meet the 35-day deadline and still provide for notice to potential class members in the upcoming royalty statements;

WHEREAS, to address this issue, the Parties have agreed, subject to the Court's approval, to shorten the time from the filing of the Motion to the hearing on the Motion so that the hearing can be set for January 23, 2014;

Accordingly, the Parties hereby agree and stipulate, subject to the approval of the Court, to the following:

1  The time for hearing Plaintiffs' Motion for Preliminary Approval of Class Action
2  Settlement under Local Rule 7-2 shall be shortened and the Motion shall be set for hearing on
3  January 23, 2014.
4
5  Dated:  December 30, 2013                    Respectfully Submitted,
6
7                                                       */s/  Tamerlin J. Godley*
8                                                        Tamerlin J. Godley
                                                         MUNGER, TOLLES & OLSON LLP
9                                                        *Attorneys for Defendant Warner Music Group
10                                                       Corp.*
11 Dated: December 30, 2013                     Respectfully Submitted,
12
13                                                       */s/ Daniel L. Warshaw*
                                                         Daniel L. Warshaw
14                                                       PEARSON, SIMON & WARSHAW, LLP
15                                                       *Interim Lead Counsel Representative for Plaintiffs**
16
17    * A complete list of the attorneys for Plaintiffs is attached to the Amended Complaint.
18                                       Filer's Attestation
19    I, Daniel L. Warshaw, am the ECF user whose identification and password are being used
20 to file this JOINT STIPULATION RE MOTION TO SHORTEN TIME FOR HEARING THE
21 PARTIES' JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT.
22 In compliance with General Order 45.X.B., I hereby attest that the counsel listed above concur in
23 this filing.
24
25 Dated:  December 30, 2013                    */s/  Daniel L. Warshaw*
                                                         Daniel L. Warshaw
26
27
28

857637.1                                          3                              CV 12-0559-RS
LOCAL RULE 6-2 JOINT STIPULATION TO SHORTEN TIME FOR HEARING MOTION FOR PRELIMINARY
                        APPROVAL OF CLASS SETTLEMENT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/2/14

_____
Honorable Richard Seeborg
United States District Court Judge

857637.1
4
CV 12-0559-RS
LOCAL RULE 6-2 JOINT STIPULATION TO SHORTEN TIME FOR HEARING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

PEARSON, SIMON & WARSHAW, LLP
44 MONTGOMERY STREET, SUITE 2450
SAN FRANCISCO, CALIFORNIA 94104