1  MUNGER, TOLLES & OLSON LLP
   GLENN POMERANTZ (SBN 112503)
2  TAMERLIN GODLEY (SBN 194507)
   MELINDA E. LEMOINE (SBN 235670)
3  Glenn.Pomerantz@mto.com
   Tamerlin.Godley@mto.com
4  Melinda.LeMoine@mto.com
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
7
   Attorneys for Defendant
8  WARNER MUSIC GROUP CORP.

9  BRUCE L. SIMON (Bar No. 96241)
   **PEARSON, SIMON & WARSHAW, LLP**
10 44 Montgomery Street, Suite 2450
   San Francisco, California 94104
11 Telephone: (415) 433-9000
   Facsimile:  (415) 433-9008
12 Email: bsimon@pswlaw.compswlaw.com

13 [Additional counsel appear on signature pages]

14
15                    UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17                    SAN FRANCISCO DIVISION
18

| IN RE: WARNER MUSIC GROUP CORP. DIGITAL DOWNLOADS LITIGATION | CASE NO.  12-CV-0559-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL MOTION FILING DATE AND HEARING DATE**<br><br>Judge:     Hon. Richard Seeborg |
|---|---|

24149839.1

STIPULATION AND [PROPOSED] ORDER
CASE NO. 12-CV-0559-RS

1       Kathy Sledge Lightfoot, Ronee Blakley and Gary Wright ("Plaintiffs"), on behalf
2  of themselves and the Settlement Class, and Defendant Warner Music Group ("Defendant" or
3  "WMG") (referred to collectively herein with Plaintiffs as the "Parties"), by and through their
4  attorneys, hereby stipulate as follows:
5       WHEREAS, on January 23, 2014 the Court preliminarily approved the settlement
6  of this matter on a class-wide basis (the "Preliminary Approval Order");
7       WHEREAS, pursuant to the Preliminary Approval Order, putative class members
8  had until May 31, 2014 to submit their claim forms in order to receive benefits from the
9  settlement;
10      WHEREAS, WMG began processing the claim forms on a rolling basis beginning
11 in April 2014;
12      WHEREAS, the procedure for processing the claim forms is a very time-
13 consuming process that includes the following:

- Identification of all contracts relating to the artist submitting the claim form within WMG's extensive contract database holding hundreds of thousands of contracts, which research often results in the identification of dozens of agreements and amendments for each claimant;
- Mailing of a cure letter if the artist has provided insufficient information to determine whether there are any contracts for the claimant in WMG's files;
- Review of the contracts identified to determine whether all signatories to the relevant contracts have submitted a claim form;
- Mailing of a cure letter if all of the artist signatories have not filed claim forms;
- Review of the contracts identified and additional WMG information to determine whether the claimant is a party to one or more Class Contracts as defined by the Parties' settlement agreement and entitled to relief under the settlement, including:
  ➢ Review to determine whether one or more of the artists' contracts are dated prior to January 1, 2002;

24149839.1                                                    STIPULATION AND [PROPOSED] ORDER
                                                              CASE NO. 12-CV-0559-RS

1       ➢ Review to determine whether each contract dated prior to January 1, 2002 is a royalty rate contract and does not provide for some other compensation structure;

      ➢ Review of WMG information outside of the contracts dated prior to January 1, 2002 to determine whether the claimant has previously settled with WMG the issue of the payment of royalties on downloads and mastertones;

WHEREAS, WMG has received approximately 2,000 claim forms that require processing;

WHEREAS, over half of the claim forms were received during the last week of May or after May 31, 2014;

WHEREAS, WMG currently has five full time claims processors and five part time claims processors working on this project;

WHEREAS, to date WMG has been able to process less than half of the claims and will not be able to process all of the claims in order to provide adequate information about the claimants and their relief in time for the filing of the motion for final approval of the settlement, which is currently set for August 28, 2014 pursuant to the Preliminary Approval Order with the Fairness Hearing set for October 2, 2014;

WHEREAS, the Parties have met and conferred and agree that it is important to be able to complete the claims processing procedure before the filing of the motion for final approval of the settlement;

WHEREAS, in order to ensure that the claims processing procedure is completed prior to the filing of the motion for final approval, Plaintiffs and Defendant have agreed, subject to the approval of the court, to a ninety (90) day continuance of the deadline to file the motion for final approval of the settlement and of the date for the Fairness Hearing; and

WHEREAS, the Preliminary Approval Order specifically states that "the hearing date or time of for the Fairness Hearing may be moved *sua sponte* by the Court or pursuant to a stipulation by the parties subject to Court approval without providing additional notice to Class

1 | Members" (Preliminary Approval Order, ¶ 18).

2 | Therefore, **IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, that the time for Plaintiffs to file their motion for final approval of the Settlement Agreement currently set for August 28, 2014 be continued to November 26, 2014. It is further stipulated and agreed that the Fairness Hearing currently scheduled for October 2, 2014 be continued to January 8, 2015, the first Court hearing day after the passage of 90 days.

Respectfully submitted,

PEARSON, SIMON & WARSHAW, LLP

By: /s/ Daniel L. Warshaw
    DANIEL L. WARSHAW

*Interim Lead Counsel Representative for Plaintiffs\**

MUNGER, TOLLES & OLSON LLP

By: /s/ Tamerlin J. Godley
    TAMERL J. GODLEY

Attorneys for Defendant Warner Music Group Corp.

\* A complete list of the attorneys for Plaintiffs is attached to the Second Consolidated Amended Complaint.

Filer's Attestation

I, Tamerlin J. Godley, am the ECF user whose identification and password are being used to file this STIPULATION TO CONTINUE FINAL APPROVAL MOTION FILING DATE AND HEARING DATE.  In compliance with General Order 45.X.B, I hereby attest that the counsel listed above concur in this filing.

DATED:  July 30, 2014

*/s/ Tamerlin J. Godley*
TAMERLIN J. GODLEY

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: 7/30/14

_____
Honorable Richard Seeborg
United States District Court Judge